**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001185
29-APR-2015
09:32 AM**

NO. CAAP-14-0001185

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TERI ANN EMI SHIGEOKA,
Plaintiff-Appellee/Cross-Appellant,
v.
BRENT JON ISAO SHIGEOKA,
Defendant-Appellant/Cross-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 10-1-2558)

ORDER APPROVING THE APRIL 23, 2015
STIPULATION TO DISMISS THE APPEAL AND CROSS-APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the "Stipulation to Dismiss With
Prejudice Notice of Appeal Filed October 15, 2014[,] and Notice
of Cross-Appeal Filed October 28, 2014," filed April 23, 2015, by
Defendant-Appellant/Cross-Appellee Brent Jon Isao Shigeoka, the
papers in support, and the record, it appears that (1) the
stipulation is dated and signed by counsel for all parties;
(2) the parties seek to dismiss the appeal and cross-appeal,
pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule
42(b); (3) the appeal and cross-appeal have not been docketed;
(4) therefore, dismissal is authorized by HRAP Rule 42(a); and
(5) the parties agree to bear their own costs and attorney's
fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal and cross-appeal is approved and the appeal and cross-appeal are dismissed with prejudice. The parties shall bear their own costs and attorney's fees.

DATED: Honolulu, Hawai'i, April 29, 2015.

Presiding Judge

Associate Judge

Associate Judge